SO ORDERED: March 31, 2014.



_____
James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LORI ANN FECEK, | ) Case No. 12-13062-JMC-7 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| LORI ANN FECEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Proceeding No. 13-50089 |
| | ) |
| SALLIE MAE, INC. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Trial on this matter was held on October 7, 2013.  Plaintiff Lori Ann Fecek ("Fecek") appeared by counsel Ryan S. Wright. Defendant Sallie Mae ("Sallie Mae") appeared by counsel

Karl T. Ryan. At the conclusion of the trial, the Court took ruling on the matter under advisement with the parties permitted to submit post-trial briefing and/or proposed findings of fact and conclusions of law.

In accordance with the written Findings of Fact and Conclusions of Law entered contemporaneously herewith, it is HEREBY ORDERED, ADJUDGED AND DECREED that partial judgment be and hereby is entered in favor of Fecek and against Sallie Mae. Fecek is ordered to pay to Sallie Mae $500.00 per month for 180 months commencing in September 2014 toward the student loan debt. Any amount of the debt in excess of this amount is DISCHARGEABLE.

# # #